# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

147521

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SPE UTILITY CONTRACTORS, L.L.C.,
      Petitioner-Appellant,

v

      SC: 147521
      COA: 310885
      Tax Tribunal: 00-432073

DEPARTMENT OF TREASURY,
      Respondent-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 25, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



t0224

      Clerk